IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ARTHUR LEE GRIGGS,  *
                    *
    Petitioner,     *
                    *
vs.                 * CIVIL ACTION NO. 12-00085-WS-B
                    *
TONY PATTERSON,     *
                    *
    Respondent.     *

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Griggs' habeas petition be **DISMISSED** as successive, in part, and barred by the statute of limitations and that he is not entitled to a certificate of appealability, and consequently, is not entitled to appeal *in forma pauperis*.

**DONE** this 22nd of April, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE